# Exhibit A



**Tri-State Paper Co.**
149 e, church st.
Blackwood, NJ  08012
215-455-4506
215-455-4509

*Statement*

*Page 1 of 1*

*10-Nov-2023*

| Customer |
|---|
| MAMMA MIA TRATTORIA |
| 584 MIDDLETOWN BLVD |
| LANGHORNE, PA  19047 |

| Account# | Total Due | Current |
|---|---|---|
| MAMMA100 | $3,027.80 | ($5.39) |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $1,272.24 | $1,421.78 | $0.00 | $0.00 | $339.17 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2017297 | 27-Oct-21 | **16-Nov-21** | IN | $417.84 | **$339.17** | Delinquent | |
| OP7583 | 19-Jun-23 | **19-Jun-23** | OP | ($1.25) | **($1.25)** | Credit | |
| OP7805 | 3-Sep-23 | **3-Sep-23** | OP | ($4.14) | **($4.14)** | Credit | |
| 2033466 | 12-Sep-23 | **2-Oct-23** | IN | $255.82 | **$255.82** | Delinquent | |
| 2033536 | 15-Sep-23 | **5-Oct-23** | IN | $175.98 | **$127.03** | Delinquent | Mike take |
| 2033577 | 19-Sep-23 | **9-Oct-23** | IN | $842.95 | **$842.95** | Delinquent | |
| 2033645 | 22-Sep-23 | **12-Oct-23** | IN | $195.98 | **$195.98** | Delinquent | |
| 2033679 | 26-Sep-23 | **16-Oct-23** | IN | $673.28 | **$673.28** | Delinquent | |
| 2033782 | 3-Oct-23 | **23-Oct-23** | IN | $598.96 | **$598.96** | Delinquent | |