**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Debtor. | |
| | Adversary No. 23-00084-pmm |
| Tri-State Paper, Inc., | |
| Plaintiff, | |
| v. | |
| Monte Restaurant, Inc., | |
| Defendant. | |

**Order Granting Plaintiff's Motion to Determine Filing Fee**

**AND NOW**, upon consideration of the Plaintiff's Motion to Determine Filing Fee, and after proper notice and opportunity for hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. No fee is due to be paid by the Plaintiff for filing the complaint in this action.

Date: _____

_____
Patricia M. Mayer
U.S. Bankruptcy Judge