*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri−State Paper, Inc.<br>Debtor(s) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff | |
| v. | Adversary No. 23−00084−pmm |
| Monte Restaurant, Inc.<br>Defendant | |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

AND NOW, in accordance with Request for Entry of Default Judgment, Declaration and Certificate of Service it is

ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Tri−State Paper, Inc. and against the Defendant, Monte Restaurant, Inc. in the amount of Three Thousand, Twenty Seven Dollars and Eighty Cents ($3,027.80), plus costs in the amount of Three Hundred Fifty Dollars ($350.00), for a total of Three Thousand, Three Hundred Seventy Seven Dollars and Eighty Cents ($3,377.80) sum certain.

Date: December 21, 2023

FOR THE COURT

ATTEST:

Timothy B. McGrath
Clerk of Court