# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc., | Chapter 11 |
| Plaintiff. | |
| | Adversary No. 23-00084-pmm |
| Tri-State Paper, Inc., | |
| Plaintiff, | |
| v. | |
| Monte Restaurant, Inc., | |
| Defendant. | |

### Praecipe to Mark Judgment Satisfied

To the Clerk of Court:

Please mark the judgment in this case as satisfied. Thank you.

Date: March 8, 2024

CIBIK LAW, P.C.
*Counsel for Plaintiff*

By: */s/ Michael I. Assad*
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com